AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| Christopher Raphael Spencer | ) Case No. ~~2 - A44~~ |
| AKA: Chris Spencer | ) 21-MJ-113 |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Christopher Raphael Spencer                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1752 (a)(1)-(2) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
40 U.S.C. § 5104(e)(2)(C),(D),(G) - Violent Entry and Disorderly Conduct on Capitol Grounds;
18 U.S.C. 1512(c)(2) - Obstruction of Justice.

Date:  01/18/2021                                         2021.01.18 21:37:23 -05'00'
                                                          *Issuing officer's signature*

City and state:    Washington D.C.              Robin M. Meriweather, U.S. Magistrate Judge
                                                          *Printed name and title*

---

**Return**

This warrant was received on *(date)* 1/18/2021 , and the person was arrested on *(date)* 1/19/2021
at *(city and state)* Winston Salem, NC .

Date: 1/19/2021                                           _____
                                                          *Arresting officer's signature*

                                                          Norman G Kuylen SA FBI
                                                          *Printed name and title*